SILVIA MUSCILLO, Respondent, v. SEVERINO MUSCILLO, Appellant, et al., Defendants.— Order unanimously modified so as to reduce the counsel fee to $300 and to provide that payment be conditioned upon perfecting the appeal and, as so modified, affirmed. On this record the amount indicated is adequate. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

TOZAI KOEKI KAISHA, LTD., Respondent, v. TRANS-AMERICA INDUSTRIES, INC., et al., Defendants, and UNEX CREDIT CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

In the Matter of MAE DIAMOND, Appellant. JAROLD SHOPS, INC., Respondent. — Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See post, p. 758.]

SEYMOUR J. WILNER et al., Copartners Practicing Law under the Name of WILNER AND STERNBERG, Respondents-Appellants, v. HAROLD YANKLOWITZ, Appellant-Respondent.— Order unanimously modified so as to eliminate items 1, 9, 10 and 11 and to allow item 12, and to direct that the examination be held in Warren County and, as so modified, affirmed. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

MARGARET BOARDLEY et al., Respondents, v. 241 EAST 22ND STREET CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JAMES W. SMITH, Respondent, v. ELIZABETH A. GRAHAM, Doing Business as MAINE CHANCE FARM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 837.]

KATHERINE DAPSIS et al., Appellants, et al., Plaintiffs, v. LEOPOLD GODOWSKY, Respondent, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Probate of the Will of ANNA HUMBEUTEL, Deceased. HARRY HUMBEUTEL, Appellant; CHARLES HUMBEUTEL, as Executor of ANNA HUMBEUTEL, Deceased, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.